```
                                    FILED
                                    JAN 29 2008
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CA
                                    BY _____
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0233-DMS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| GABRIELLA ADRIANA ) HERNANDEZ-GARCIA, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about __October 2004__, within the Southern District of California, defendant GABRIELLA ADRIANA HERNANDEZ-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on February 20, 1999 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the District of Texas; all in violation of Title 8, United States Code, Section 1325, a felony.

CJB:jam:Imperial
1/28/08

<u>Count 2</u>

On or about December 30, 2007, within the Southern District of California, defendant GABRIELLA ADRIANA HERNANDEZ-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on February 20, 1999 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the District of Texas; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 1/29/2008

KAREN P. HEWITT
United States Attorney

For CARLA J. BRESSLER
Assistant U.S. Attorney