AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GABRIELLA ADRIANA HERNANDEZ-GARCIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0233-DMS

FILED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, GABRIELLA ADRIANA HERNANDEZ-GARCIA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gabriela Hernandez_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER