1 | **CANDIS MITCHELL**
California State Bar No. 242797
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Candis_Mitchell@fd.org

5 | Attorneys for Ms. Hernandez-Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0233-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **ADRIANA GABRIELLA HERNANDEZ-GARCIA**, | ) | **AS LEAD ATTORNEY** |
| Defendant. | ) | |

Notice is hereby given by **CANDIS L. MITCHELL**, Federal Defenders of San Diego, Inc., that:

\*\* I am replacing **TIMOTHY R. GARRISON**, as lead counsel on this case.

Respectfully submitted,

Dated: February 27, 2008       /s/  *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Hernandez-Garcia
Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: February 27, 2008       /s/ *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org