```
FILED

MAR 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **08CR0233-DMS** |
| | ) | |
| Plaintiff, | ) | **CONSENT TO RULE 11 PLEA IN A** |
| | ) | **FELONY CASE BEFORE UNITED** |
| v. | ) | **STATES MAGISTRATE JUDGE,** |
| | ) | **WAIVER OF PRESENTENCE REPORT** |
| **ADRIANA GABRIELLA** | ) | **AND WAIVER OF OBJECTIONS FOR** |
| **HERNANDEZ-GARCIA** | ) | **IMMEDIATE SENTENCING** |
| **Chgd as: Gabriella Adriana** | ) | |
| **Hernandez-Garcia,** | ) | |
| | | |
| Defendant. | | |

        I have been advised by my attorney and by the United States

Magistrate Judge of my right to enter my plea in this case before

a United States District Judge.  I hereby declare my intention to

enter a plea of guilty in the above case, and I request and

consent to have my plea taken by a United States Magistrate Judge

pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

        I understand that if my plea of guilty is taken by the

United States Magistrate Judge, and the Magistrate Judge

recommends that the plea be accepted, the assigned United States

District Judge will then decide whether to accept or reject any

plea agreement I may have with the United States and will

adjudicate guilt and impose sentence.

08CR0233-DMS

1    I further understand that due to my request for immediate

2 sentencing in this case, I am waiving the preparation of a

3 presentence report and I am also waiving any objections I may

4 have to the Magistrate Judge's findings and recommendation

5 concerning the entry of my guilty plea.

6

7

8 Dated: _MARCH 25, 2008_                _Adriana Gabriela Hernandez_
                                        ADRIANA GABRIELLA HERNANDEZ-GARCIA
9                                       Defendant

10

11

12 Dated: _MARCH 25, 2008_                _Candis Mitchell_
                                        CANDIS MITCHELL OF FEDERAL
13                                      DEFENDERS, INC.
                                        Attorney for Defendant
14

15

16    The United States Attorney consents to have the plea in this

17 case taken by a United States Magistrate Judge pursuant to

18 Criminal Local Rule 11.2 and further waives a presentence report

19 in this case as well as any objections to the Magistrate Judge's

20 findings and recommendation concerning the entry of the guilty

21 plea.

22

23

24 Dated: _MARCH 25, 2008_                _Charlotte Elbow_
                                        CHARLOTTE KAISER
25                                      Assistant United States Attorney

26

27

28